USCA1 Opinion

 

 March 29, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 91-2341 THOMAS G. HODGETTS, Plaintiff, Appellant, v. COMMUNITY COLLEGE OF RHODE ISLAND, Defendant, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Raymond J. Pettine, Senior U.S. District Judge] __________________________ ___________________ Before Breyer, Chief Judge, ___________ Torruella and Cyr, Circuit Judges. ______________ ___________________ Thomas G. Hodgetts on brief pro se. __________________ James E. O'Neil, Attorney General, and James R. Lee, Special _______________ ____________ Assistant Attorney General, on brief for appellee. __________________ __________________ Per Curiam. We have reviewed the record on appeal __________ and conclude that the district court did not abuse its discretion in entering the contempt finding. See Mass. ___ _____ Association of Older Americans v. Commissioner of Public ________________________________ _______________________ Welfare, 803 F.2d 35, 38 (1st Cir. 1986); AMF Inc. v. Jewett, _______ ________ ______ 711 F.2d 1096, 1101 (1st Cir. 1983). Accordingly, the order holding appellant in contempt and enjoining appellant from further picketing is affirmed. ________ -2- 2